**JILL WILLIAMS - State Bar No. 221793**
**ARIA J. BEIZAI – State Bar No. 363897**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, California 90071**
**(213) 228-0400 / (213) 228-0401 (Fax)**
**jwilliams@crdlaw.com / abeizai@crdlaw.com**

Attorneys for Defendant,
City of Santa Ana

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALYSSA A. WILLIAMS, Individually and as Personal Representative of the Estate of TASHA MONIQUE WOODS, Deceased, JACOB WILLIAMS, Individually and as Personal Representative of the Estate of TASHA MONIQUE WOODS, Deceased, LE'ROY M. WOODS, individually, and PATRICIA BORELLO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ANA, a Governmental Entity; POLICE CHIEF ROBERT RODRIGUEZ; TAYLOR FITHIAN, M.D., an Official as Director of California Forensic Medical Group, Inc.; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-00881-JVS-KS<br><br>**~~[PROPOSED]~~ ORDER RE: STIPULATED PROTECTIVE ORDER RE: SITE INSPECTION** |

FOR GOOD CAUSE SHOWN, the Parties' Stipulated Protective Order re: Site Inspection is GRANTED.

IT IS SO ORDERED.

DATED: October 1, 2026

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE